IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>XUAN CAHN NGUYEN, a/k/a JACKIE,<br>a/k/a JACKIE CHAN,<br><br>　　　　　　Defendant. | Case No. 3:17-cr-000206-05<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  July 11, 2023

　　　　　　　　　　　　　　　　　MAC SCHNEIDER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　*/s/ Christopher C. Myers*
　　　　　　　　　　　　　　　　　CHRISTOPHER C. MYERS
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　ND Bar ID 05317
　　　　　　　　　　　　　　　　　655 First Avenue North, Suite 250
　　　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　　　chris.c.myers@usdoj.gov
　　　　　　　　　　　　　　　　　Attorney for United States